UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANELL GILLIN ON BEHALF OF L.L.L. | * | CIVIL ACTION NO. 17-9188 |
| | * | SECTION: "F"(1) |
| VERSUS | * | |
| | * | JUDGE MARTIN L. C. FELDMAN |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 2, 2018 (Rec. Doc. No. 18), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Motion for Summary Judgment filed by the plaintiff (Rec. Doc. 12) is DENIED; the Motion for Summary Judgment filed by the Commissioner (Rec. Doc. 13) is GRANTED; and the Motion to Submit New Evidence (Rec. Doc. 14) is DENIED.

New Orleans, Louisiana, this 29th day of August, 2018.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE